# IN THE SUPREME COURT OF THE STATE OF NEVADA

FRONT SIGHT MANAGEMENT LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF CLARK;
AND THE HONORABLE TIMOTHY C.
WILLIAMS, DISTRICT JUDGE,
Respondents,
and
LAS VEGAS DEVELOPMENT FUND
LLC, A NEVADA LIMITED LIABILITY
COMPANY; EB5 IMPACT CAPITAL
REGIONAL CENTER LLC, A NEVADA
LIMITED LIABILITY COMPANY; EB5
IMPACT ADVISORS LLC, A NEVADA
LIMITED LIABILITY COMPANY;
ROBERT W. DZIUBLA, INDIVIDUALLY
AND AS PRESIDENT AND CEO OF LAS
VEGAS DEVELOPMENT FUND LLC
AND EB5 IMPACT ADVISORS LLC;
JON FLEMING, INDIVIDUALLY AND
AS AN AGENT OF LAS VEGAS
DEVELOPMENT FUND LLC AND EB5
IMPACT ADVISORS LLC; AND LINDA
STANWOOD, INDIVIDUALLY AND AS
SENIOR VICE PRESIDENT OF LAS
VEGAS DEVELOPMENT FUND LLC
AND EB5 IMPACT ADVISORS LLC,
Real Parties in Interest.

No. 80242

FILED

JAN 23 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for a writ of prohibition or mandamus challenges district court orders resolving motions to quash subpoenas.

20-03253

Having considered the petition and supporting documents, we are not convinced that petitioner has met its burden of demonstrating that our extraordinary intervention is warranted.[1] *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) ("Petitioners carry the burden of demonstrating that extraordinary relief is warranted."); *Hetter v. Eighth Judicial Dist. Court*, 110 Nev. 513, 515, 874 P.2d 762, 763 (1994) (reiterating general rule that "extraordinary writs are not available to review discovery orders" with exception of need to prevent "improper discovery in two situations where disclosure would cause irreparable injury: (1) blanket discovery orders without regard to relevance and (2) discovery orders requiring disclosure of privileged information"); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991) (observing that "the issuance of a writ of mandamus or prohibition is purely discretionary with this court"). Accordingly, we

ORDER the petition DENIED.[2]

_____, C.J.
Pickering

_____ J.
Gibbons

_____, Sr.J.
Douglas

---

[1]Because we decline to entertain the petition, we deny the motion for stay filed on December 20, 2019, as moot.

[2]The Honorable Michael Douglas, Senior Justice, participated in the decision of this matter under a general order of assignment.

cc: Hon. Timothy C. Williams, District Judge
Aldrich Law Firm, Ltd.
Matthew B. Beckstead
C. Keith Greer
Farmer Case & Fedor
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A